1  ROBERT W. THOMPSON, Esq. (SBN 106411)
   **CALLAHAN, THOMPSON, SHERMAN**
2  **& CAUDILL, LLP**
   2601 Main Street, Suite 800
3  Irvine, California 92614
   Tel    :         (949)  261-2872
4  Fax    :         (949)  261-6060
   Email  :     rthompson@ctsclaw.com
5
   Attorneys for Plaintiffs,
6  **ROGER MANN and SHERRIE MANN**

7

8
                **UNITED STATES DISTRICT COURT**
9
                **EASTERN DISTRICT OF CALIFORNIA**
10

11
   | ROGER MANN, an individual; SHERRIE MANN, an individual, | No.: 1:13-CV-00666-AWI-SKO |
   |---|---|
   | | SHEILA K. OBERTO |
   | | U.S. Magistrate Judge |
   | Plaintiffs, | Complaint Date: 5/7/2013 |
   | vs. | |
   | | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
   | DELAWARE NORTH COMPANIES, INCORPORATED, Delaware corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware corporation; DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., a Delaware corporation; DNC PARKS AND RESORTS, INC., a Delaware corporation; DNC PARKS AND RESORTS AT YOSEMITE, INC., Delaware corporation; CURRY VILLAGE, an entity form unknown; and CAMP CURRY, an entity form unknown, | |
   | Defendants. | |

26       Pursuant to the Joint Stipulation of the parties hereto,

27       IT IS HEREBY ORDERED:

28  / / /

1. Plaintiffs' Complaint only as against Defendants DELAWARE NORTH COMPANIES, INC., DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., DNC PARKS & RESORTS, INC., CURRY VILLAGE, AND CAMP CURRY, is hereby dismissed without prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __August 16, 2013__         _____
                                    SENIOR DISTRICT JUDGE