1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10                                   FRESNO DIVISION

11

12   ROGER MANN, an individual;          Case No.  **1:13-cv-01827-AWI-SKO**
     SHERRIE MANN, an individual,
13                                         Related Case No. **1:13-cv-00666-AWI-SKO**
                   Plaintiffs,
14                                        **STIPULATION TO CONTINUE**
     v.                                   **SCHEDULING CONFERENCE; ORDER**
15                                        **THEREON**
     UNITED STATES OF AMERICA,
16
                   Defendant.
17

18

19

20          Defendant UNITED STATES OF AMERICA, Plaintiffs ROGER MANN and SHERRIE

21   MANN, and Defendant DNC PARKS & RESORTS AT YOSEMITE, INC. and related entities

22   (collectively, the "Parties") by and through their counsel of record in this action, hereby agree and

23   stipulate as follows:

24          To continue the March 20, 2014 deadline to file a Joint Scheduling Report until June 20,

25   2014 and to continue the Scheduling Conference currently set for March 27, 2014 until June 27,

26   2014.

27

28

# I.
## RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

MDL Motion:

Plaintiffs Roger Mann and Sherrie Mann filed their complaint in the United States District Court Eastern District of California on November 12, 2013 against Defendant United States of America (Case No. 1:13-cv-01827-AWI-SAB). As detailed within the complaint, this case involves damages arising from the contraction of the Hantavirus. (Complaint, ¶10). On November 13, 2013, this Court issued an Order Setting a Mandatory Scheduling Conference for February 25, 2014. Defendant United States of America filed its answer to Plaintiffs' complaint on January 27, 2014.

Other plaintiffs have filed related Hantavirus litigation against the USA. Since filing an answer in this matter, Defendant United States of American has received an amended pleading alleging similar factual information in a Hantavirus case filed in Middle District of Pennsylvania (case No.: 4:13-CV-2611), a new hantavirus complaint against Defendant USA in the Eastern District of California (case No.: 1:14-at-00143), and two similar cases in the Northern District of California (related cases No.: 3:14-cv-00451-NC and No.: 3:14-cv- 00591-NC).

Based on these known cases, along with future anticipated related actions pending in different districts covering one or more common questions of fact, Defendant United States of America filed an Multi District Litigation petition to transfer of all actions to the Eastern District of California for Multidistrict Litigation pursuant to 28 U.S.C. § 1407 (MDL Case No. 2532). Based on information and belief, the MDL panel will hear the United States' motion to transfer on May 29, 2014.

If the transfer request is approved, a Multidistrict Litigation panel will assist the parties in resolving disputed facts, ruling on defenses, coordinating discovery deadlines, and setting pre-trial matters. As noted within 28 U.S.C. § 1407, the transfers for such proceedings is intended for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. As a result, the parties in this action originally stipulated that it may be premature to agree upon items #1-13 as requested within this court's November 13, 2013 scheduling order.

STIP: CONTIN. ADV. SCHEDULING CONF
1:13-CV-01827-AWI-SKO; ORDER THEREON

1  The Court approved a stipulation on February 13, 2014.  (Docket #10).

2           Related *Mann* Case:

3           After an executed and Court approved stipulation in Case No. 1:13-cv-01827-AWI-SAB,

4  Defendant DNC PARKS & RESORTS AT YOSEMITE, INC. (and related entities) notified this

5  Court of a related case filed by the same Mann Plaintiffs against DNC entities.  (Docket #11).

6  After receipt of this notice, on February 20, 2014, this Court ordered the two Mann cases related

7  and reassigned the US action to Judge Oberto. (Docket #12).  On February 21, 2014, Judge

8  Oberto advanced the previously stipulated approved May 6, 2014 initial scheduling conference to

9  the dates scheduled within case No. 1:13-cv-00666-AWI-SKO.  (Docket #13).

10          As the issues related to MDL still apply to both Mann cases, the parties stipulate that it

11 may be premature to agree upon items detailed within Judge Oberto's scheduling order currently

12 set for March 27, 2014.

13          In addition, in the case formerly numbered 1:13-cv-00666-AWI-SKO, Defendant DNC

14 PARKS & RESORTS AT YOSEMITE, INC. filed a motion to dismiss.  This motion was

15 submitted for decision on 10/13/13.  As Plaintiffs MANN and Defendant DNC PARKS &

16 RESORTS AT YOSEMITE, INC. are still awaiting receipt of the court's ruling on the motion to

17 dismiss, the parties stipulate that the currently set scheduling conference in this case may be

18 premature.

19

20                                    **II.**
21                        **AUTHORITY FOR STIPULATION**

22          Based on this procedural history and anticipated future handling, pursuant to Federal

23 Rules of Civil Procedure Rule 16(b), good cause exists to extend the deadline to file a Joint

24 Scheduling Report and good cause exists to continue the Scheduling Conference until the dates

25 requested by the parties or until dates convenient within this Court's calendar.

26          Pursuant to Local Rule 144(d), the parties sought to obtain a necessary extension from the

27 Court as soon as the need for an extension became apparent.  Pursuant to Local Rule 144(b), one

28 related prior stipulation regarding the Scheduling Conference has been executed by the parties but

has since been altered after notice of related case.

IT IS SO STIPULATED.

Dated: March 12, 2014                         ARCHER NORRIS APLC


                                              /s/ K.C. Ward
                                              Kenneth C. Ward
                                              **Attorneys for Defendants** UNITED STATES
                                              OF AMERICA, DEPARTMENT OF JUSTICE
                                              and NATIONAL PARK SERVICE

Dated: March 12, 2014                         CALLAHAN, THOMPSON, SHERMAN &
                                              CAUDILL, LLP


                                              /s/ Robert W. Thompson
                                              ROBERT W. THOMPSON,
                                              Attorneys for Plaintiffs
                                              ROGER MANN and SHERRIE MANN

Dated: March 12, 2014                         PHILLIPS LYTLE, LLP


                                              /s/ Jennifer Shah
                                              JENNIFER SHAH
                                              Attorneys for Defendant DNC PARKS &
                                              RESORTS AT YOSEMITE, INC. (and related
                                              entities)


## ORDER

Pursuant to the parties' stipulation and for good cause showing, IT IS HEREBY

ORDERED that:

1.      The scheduling conference currently set for March 27, 2014, in *Mann v. USA*, No.

1:13-cv-01827-AWI-SKO, and related case *Mann v. DNC Parks & Resorts at*

*Yosemite, Inc., et al.*, No. 1:13-cv-00666-AWI-SKO is CONTINUED to Thursday,

1    June 26, 2014, at 9:30 a.m.;[1] and

2        2.    In both *Mann v. USA*, No.  1:13-cv-01827-AWI-SKO, and related case *Mann v. D*

3            *NC Parks & Resorts at Yosemite, Inc.*, et al., 1:13-cv-00666-AWI-SKO, the parties

4            shall file a joint scheduling report <u>on or before June 19, 2014</u>.

5

6

7    IT IS SO ORDERED.

8        Dated:   **March 18, 2014**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    _____
     [1] The parties requested the scheduling conference be continued to Friday, June 27, 2014; that date has been modified by one day due to the Court's calendar.