| Name and address: |  |
|---|---|
| ROBERT W. THOMPSON, Esq. (CA SBN 106411)<br>CHARLES S. RUSSELL, ESQ. (CA SBN 233912)<br>BRYAN S. OWENS, ESQ. (CA SBN 277909)<br>CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP<br>2601 Main Street, Suite 800<br>Irvine, California 92614<br>Tel : (949) 261-2872<br>Fax: (949) 261-6060 |  |

UNITED STATES DISTRICT COURT
NORTHERN   DISTRICT OF CALIFORNIA

| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | CASE NUMBER:<br><br>MDL Docket No. C14-2532 MMC |
|---|---|
| THIS DOCUMENT RELATES TO:<br>"ALL CASES" | Order re: NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

***Note:*** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

**SECTION I - IDENTIFYING INFORMATION**

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Charles S. Russell                                    CA Bar Number: 233912

Firm or agency:  Callahan Thompson Sherman & Caudill LLP

Address:  2601 Main Street, Suite 800, Irvine, CA 92614

Telephone Number:  (949) 261-2872            Fax Number:  (949) 261-6060

Email:  crussell@ctsclaw.com

Counsel of record for the following party or parties:  Plaintiffs Roger Mann and Sherrie Mann

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☒ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: October 15, 2014

Signature: /s/ Charles S. Russell

Name: Charles S. Russell

**IT IS SO ORDERED**
Judge Maxine M. Chesney

Dated: October 16, 2014