IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | Case No. 14-md-02532-MMC |
| | Individual Case No. 14-cv-2827 MMC |
| THIS DOCUMENT RELATES TO: | **ORDER DISMISSING ACTION** |
| ROGER MANN, et al., Plaintiffs, v. DELAWARE NORTH COMPANIES INCORPORATED, et al. Defendants. | |

By notice filed June 19, 2017, defendants/cross-claimants/cross-defendants Bradley Popp and Yosemite Construction, Inc. advised the Court they had reached a settlement with all parties in the instant action. By order filed November 22, 2017, the Court, at plaintiffs Roger Mann and Sherry Mann's request, dismissed with prejudice each of their claims against Delaware North Companies, Inc., Delaware North Companies Parks & Resorts, Inc., DNC Parks & Resorts at Yosemite, Inc., and DNC Parks & Resorts Reservations, Inc. (collectively, "DNC Defendants"), as well as plaintiffs' claims against defendant United States of America. Lastly, by order filed February 16, 2018, the Court, by stipulation of the parties thereto, dismissed with prejudice DNC Defendants' cross-claims against the United States.

Accordingly, all claims and cross-claims having been resolved, the above-titled action is hereby DISMISSED, and the Clerk of Court is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: February 21, 2018

MAXINE M. CHESNEY
United States District Judge